**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6195**

MARCUS ANTONIO SATTERFIELD,

        Plaintiff - Appellant,

    v.

LT. GUILL,

        Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:22-cv-00995-WO-JLW)

Submitted:  June 13, 2024                        Decided:  June 18, 2024

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marcus Antonio Satterfield, Appellant Pro Se.  Katherine Marie Barber-Jones, HARTZOG LAW GROUP LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Antonio Satterfield appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Satterfield's 42 U.S.C. § 1983 complaint. Limiting our review of the record to the issues raised in Satterfield's informal brief, we have reviewed the record and find no reversible error. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny Satterfield's motion for appointment of counsel and affirm the district court's judgment. *Satterfield v. Chandler*, No. 1:22-cv-00995-WO-JLW (M.D.N.C. Feb. 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*